1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:   (916) 565-0300
4  Facsimile:   (916) 565-1636

5  Attorneys for Defendant
   STATES RECOVERY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY ROZHNEV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATES RECOVERY SYSTEMS, INC.,<br><br>Defendants. | Case No.: C 05-03654 MPH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

reached a resolution of this action;

IT IS HEREBY STIPULATED AND AGREED by the parties signing below that, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, this matter is to be dismissed with prejudice in its entirety. Each side shall bear their own attorney's fees and costs incurred herein.

IT IS SO STIPULATED.

Dated: November 29, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Andrew Steinheimer
Attorneys for
STATES RECOVERY SYSTEMS, INC.

Dated: Nov. 23, 2005

By _____
Steve Solomon
Attorney for
PLAINTIFF ALEXSEY ROZHNEV

Pursuant to the Stipulation of the Parties,

IT IS SO ORDERED.

Dated: 11/30/2005

_____
United States
Judge Marilyn H. Patel

AMS.Rozhnev_Dismissal.wpd

- 2 -